In the Matter of LAURA M. S., Respondent, v WILLIAM E. W., Appellant. [619 NYS2d 1009] —Appeal unanimously dismissed without costs (see, Matter of Cheryl A. B. v Michael Anthony D., 197 AD2d 851). (Appeal from Order of Oneida County Family Court, Cook, J.—Vacate Paternity.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.

JOHN T. HOSKINS, JR., Appellant, v ROYAL INDEMNITY COMPANY et al., Respondents. [619 NYS2d 1009] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Doyle, J. (Appeal from Judgment of Supreme Court, Erie County, Doyle, J.—Declaratory Judgment.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.